# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DAVID CHARLES PLATHE and
MARLENE PLATHE,

          Plaintiffs,

v.

SONEX AIRCRAFT LLC and STARR
INDEMNITY & LIABILITY
COMPANY,

          Defendants.

Case No. 18-CV-283-JPS

**ORDER**

On February 13, 2019, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs or fees assessed to any party. (Docket #15). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #15) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 13th day of February, 2019.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge